```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARVA HAWKINS,

                         Plaintiff,                         17 CIVIL 649 (NSR)

         -against-                             **JUDGMENT**

NEW YORK STATE OFFICE OF MENTAL
HEALTH, NEW YORK STATE OFFICE OF
MENTAL HEALTH, ROCKLAND
PSYCHIATRIC CENTER, and, TENEATHIA
WESOLOWSKI, in her individual and official
Capacity,
                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 19, 2019, Defendants' Motion for Summary Judgment is GRANTED in its entirety. All claims in this action against all Defendants are hereby dismissed and judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York
          September 20, 2019

                                                                **RUBY J. KRAJICK**

                                                                   Clerk of Court
                                     **BY:**
                                                                       **Deputy Clerk**